IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER WEST, et al., | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-5252 |
| | : | |
| 3M COMPANY | : | |
| *f/k/a* MINNESOTA MINING AND | : | |
| MANUFACTURING CO., et al. | : | |

**ORDER**

AND NOW, this 11th day of February, 2026, upon consideration of Plaintiffs' Motion to

Remand (Dkt. No. 24) and Defendant 3M's opposition, and for the reasons stated in the

accompanying memorandum, it is ORDERED the Motion is DENIED.

Defendants must file a response within fourteen (14) days of this Order pursuant to Federal

Rule of Civil Procedure 12(a)(4).

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.